IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-425-DCK

| | |
|---|---|
| AVLON INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CAROLINA BEAUTY SUPPLY and DOES 1-5, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Counsel for Plaintiff called the undersigned's chambers on January 4, 2012 notifying the Court that the parties have reached a settlement. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 6, 2012**.

Signed: January 4, 2012

David C. Keesler
United States Magistrate Judge